OPINION — AG — **** MINING LANDS RECLAMATION ACT — BOND REQUIREMENTS **** THE REDUCTIONS OR INCREASES MADE PURSUANT TO THE PROVISO CONTAINED IN SECTION 8(B) OF THE MINING RECLAMATION ACT ARE TO BE COMPUTED ON THE BASIS OF THE PER ACRE ASSESSMENT ONLY; THEREFORE, THE AGGREGATE MINIMUM BOND OF EACH OPERATION SHALL NOT BE ADJUSTED BELOW THE MINIMUM OF FIVE THOUSAND DOLLARS. ($5,000) (MICHAEL TINNEY)